# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WOODMEN OF THE WORLD, LODGE NO. 1, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. CIV-11-0759-HE ) |
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY/OMAHA WOODMEN LIFE INSURANCE SOCIETY, ET AL., | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered this date granting defendant Allied World Assurance Company's motion for summary judgment, and the court's order on September 16, 2011, dismissing plaintiff's claims against defendant Woodmen of the World Life Insurance Society [Doc. #19], defendants are entitled to judgment in their favor as to all of plaintiff's claims.

**IT IS SO ORDERED**.

Dated this 27th day of January, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE